UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SUTHA TAYLOR
Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 MAG 12714

Defendant __SUTHA TAYLOR__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__S Taylor by J.B.__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Sutha Taylor__
Print Defendant's Name

__John Burke__
Defendant's Counsel's Signature

__John Burke__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__12-1-2020__
Date

__Kathleen H. Paul__
U.S. District Judge/U.S. Magistrate Judge

Scanned with CamScanner